UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AMIR H. SANJARI, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | CAUSE NO. 3:06-CV-235 RM |
| ) | |
| ALISON GRATZOL, et al. ) | |
| ) | |
|     Defendants ) | |

OPINION AND ORDER

Amir Sanjari removed this case pursuant to 28 U.S.C. §§ 1446 and 1443, asserting complete diversity of citizenship and federal question jurisdiction. The defendants move to remand the case.[1] The court now grants their motions to remand. [Doc. Nos. 7 and 11].[2]

Mr. Sanjari has improperly removed his pending domestic relations case from the Elkhart Superior court to this court for a second time. He first tried to remove this case in July 2004. *See* Cause No. 3:04-CV-470 RLM/CAN. Magistrate Judge Neuchterlein remanded the case pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction. Since then, nothing has changed in Mr. Sanjari's state court case except for the number of collateral lawsuits he has filed in what

---

[1] Judge Rex L. Reed and Elkhart Superior Court 5 moved to remand the case on May 4, 2006 [Doc. No. 7] and Alison Gratzol and Max K. Walker moved to join the motion on May 8, 2006 [Doc. No. 11].

[2] While Mr. Sahnari lists himself as a plaintiff in this case, he was a defendant in the state court case which was removed. *See* Elkhart Superior Court, Cause No. 20D05-0010-00640

can only be viewed as an attempt to disrupt the state court proceedings.[3] The court again remands Mr. Sanjari's case for the reasons stated in Judge Neuchterlein's October 13, 2004 order. *See* Docket No. 22 in Cause No. 3:04-CV-470 RLM/CAN.

    SO ORDERED.

    Entered:  May 12, 2006

                          /s/ Robert L. Miller, Jr.
                        Robert L. Miller, Jr., Chief Judge
                        United States District Court

cc:    A. Sanjari
       counsel of record

---

[3]Although Mr. Sanjari's most recent removal petition alleges he was discriminated against on the basis of race— presumably in an attempt to remove the case under §1443— the Rooker-Feldman doctrine still bars this court from reviewing state court determinations. *See, e.g.,* Neal v. Wilson, 112 F.3d 351, 355-357 (8th Cir. 1997).